IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM HARRIS, JR.,**<br>　　　　Plaintiff,<br><br>v.<br><br>**DONTE JULIA, et al.,**<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-4502 |

# O R D E R

**AND NOW**, this 22nd day of June, 2021, in light of Plaintiff William Harris, Jr.'s failure to comply with this Court's Order to File a Response to the Defendants' Motion to Dismiss (ECF 51), **IT IS HEREBY ORDERED THAT** that this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall **TERMINATE** this case and mark it as **CLOSED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**